In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands and Premises Located on Hicks and Huntington Streets, Adjoining the Premises of Public School 27, Borough of Brooklyn, City of New York, etc.— Motion for payment of award referred to an official referee to hear and to report to this court

with his opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.